**DISMISSs and Opinion Filed January 21, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00004-CV

**YVETTE C. BRANCH, Appellant**
**V.**
**MATTHEW BERGIN AND KATHERINE BERGIN, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07239**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Before the Court is appellant's motion to dismiss the appeal because the trial court vacated the judgment within the period of its plenary jurisdiction. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220004F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

YVETTE C. BRANCH, Appellant

No. 05-22-00004-CV      V.

MATTHEW BERGIN AND
KATHERINE BERGIN, Appellees

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-07239.
Opinion delivered by Justice
Reichek. Justices Nowell and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MATTHEW BERGIN AND KATHERINE BERGIN recover their costs of this appeal from appellant YVETTE C. BRANCH.

Judgment entered January 21, 2022